NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JVC KENWOOD CORPORATION,**
*Plaintiff-Appellant,*

v.

**NERO, INC.,**
*Defendant-Appellee.*

---

2014-1011

---

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-03662-MRP-JC, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time, until March 3, 2014, for Nero, Inc. to file its principal brief, and for an extension of time, until April 3, 2014, for JVC Kenwood Corporation to file its reply brief.

Upon consideration thereof,

2                                JVC KENWOOD CORPORATION v. NERO, INC.

IT IS ORDERED THAT:

The motions are granted.

                                                FOR THE COURT

                                                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s27