

Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-5406 | tel 213.488.7100 | fax 213.629.1033

Evan Finkel
Phone: 213.488.7307
evan.finkel@pillsburylaw.com

March 5, 2014

**VIA ECF FILING**

Daniel E. O'Toole, Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    JVC Kenwood Corporation v. Nero, Inc., Appeal No. 14-1011
              Letter Pursuant to Practice Notes to Federal Circuit Rule 34

Dear Mr. O'Toole:

I write to you, as lead counsel for Defendant-Appellant JVC Kenwood Corporation in the above-referenced Appeal No 14-1011 presently pending before the Court of Appeals for the Federal Circuit. Pursuant to the Practice Notes to Federal Circuit Rule 34 and the Notice of Docketing in Appeal No 14-1011, I respectfully ask that oral argument in Appeal No 14-1011 not be set during the following dates: <u>Monday, August 4, 2014 – Friday, August 22, 2014</u>. The reason for this request is that oral argument within this period would conflict with a pre-paid family vacation. As of the date of this letter, an oral argument date has not been set. The date for filing Appellant's Reply Brief is presently set at April 3, 2014. For these reasons, I respectfully request that oral argument in Appeal No. 14-1011 not be set during the above-referenced time period. I very much appreciate the Court's consideration of this request.

Sincerely,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*[signature: Evan Finkel]*

Evan Finkel

Cc: All counsel of Record (by ECF)