# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 14-1011 - JVC Kenwood Corporation v. Nero, Inc.

**Principal Brief for Defendant-Apellee Nero, Inc.** (Confidential and Nonconfidential Versions)

### <u>ORDER</u>

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office, an appointment is required. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected brief must have the word "CORRECTED" on the cover.
5. The corrected version must be served on all counsel.
6. The corrected version must be accompanied by a new proof of service.
7. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

If you wish to speak to a deputy clerk about this order please call 202-275-8000. Please consult the Rules of Practice before you call and have them at hand.

FOR THE COURT

April 01, 2014

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 14-1011 - JVC Kenwood Corporation v. Nero, Inc.

The Principal Brief for Defendant-Apellee Nero, Inc. has been rejected for following reasons:

- The brief contains an impermissible addendum. Fed. R. App. P. 28(c)

- The brief does not contain a corrected proof of service. (the proof of service reflects the date of 3/3/2014 which was the date the brief was first served) Fed. R. App. P. 25(d); Fed. Cir. R. 28(a)(13)

- "Corrected" should be on the cover of the brief. (Your brief was tendered correctly as a corrected brief but "corrected" should be on the cover)